**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 99-cr-00208-JLK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RICHARD MASCARENAS,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE**

---

       The court having been notified by the Probation Office that on July 9, 2009, the above-referenced defendant was declared deceased; it is, therefore,

       ORDERED that the term of supervised release be terminated.

       DATED at Denver, Colorado, this 21st day of July, 2009.

                                     BY THE COURT:

                                     ***s/John L. Kane***
                                     JOHN L. KANE
                                     Senior United States District Judge